UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
—————————

No. 17-2739
—————————

UNITED STATES OF AMERICA

Appellant

v.

THEODORE L. CLARK, III

—————————

Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal Action No. 3-16-cr-00449-001)
District Judge: Honorable Freda L. Wolfson

—————————

Argued June 4, 2018

Before: AMBRO, JORDAN, and VANASKIE, Circuit Judges

(Opinion filed August 30, 2018)

## ORDER  AMENDING  PRECEDENTIAL  OPINION

AMBRO, Circuit Judge

IT IS NOW ORDERED that the Precedential Opinion in the above case filed August 30, 2018, be amended as follows:

On page 3, under Facts, second paragraph, line three, replace "two" with "and third" so that the phrase reads "handed over the first and third items,"

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated: September 20, 2018
PDB/cc: All Counsel of Record